In the Matter of the Application of JAMES R. SHEEHY, Appellant, for a Certiorari Order against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order affirmed, with ten

dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell McAvoy, Martin and Sherman, JJ.